**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

**DENIS FRANCISCO MARTINEZ
CALDERON,**

      *Petitioner*,

      **v.**

**KRISTI NOEM,** *et al.*,

      *Respondents*.

**Civil No.: 8:26-cv-00085-JRR**

## <u>ORDER</u>

It is this 13th day of January 2026 **ORDERED**:

As set forth at the Scheduling and Status Conference convened today, Petitioner shall file his Amended Petition for Writ of Habeas Corpus (the "Amended Petition") by **January 16, 2026**. Respondents shall respond to Petitioner's Amended Petition for Writ of Habeas Corpus by **January 29, 2026**; Petitioner shall reply no later than **February 3, 2026**. In the event Respondents' response to the Petition includes a motion to dismiss, Petitioner's response to same shall be set forth in his reply in support of the Petition. Any reply in support of Respondents' motion to dismiss shall be filed within seven (7) days of Petitioner's response.[1] All papers shall be filed no later than **12:00 p.m.** on their respective due dates. The parties shall appear at **2:00 p.m. on February 23, 2026**, in Courtroom 3A, for a hearing on the Petition. By **February 19, 2026, at 12:00 p.m.**, the parties shall provide two (2) courtesy copies of hearing exhibits assembled in binders. Each binder shall include a full table of contents of all exhibits. All exhibits shall be tagged and numbered prior to the hearing in accordance with Local Rule 106.7.a. Counsel shall abide Local Rule 106.7.b. Parties are advised that the court follows Local Rule 107.5.b regarding

---

[1] The court erroneously misstated this date at the conference.

admission of exhibits in evidence.

/s/ _____
Julie R. Rubin
United States District Judge