IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DENIS FRANCISCO MARTINEZ CALDERON,**<br><br>*Petitioner*,<br><br>v.<br><br>**KRISTI NOEM,** *et al.*,[1]<br><br>*Respondents*. | Civil No.: 8:26-cv-00085-JRR |

### ORDER

Pending now before the court is Denis Francisco Martinez Calderon's Amended Petition for Writ of Habeas Corpus (ECF No. 11; the "Petition"). The court has considered all papers, including the parties' Joint Notice at ECF No. 12. For the reasons set forth on the record in open court at the proceeding convened today, it is this 9th day of February 2026:

**ORDERED** that the Petition (ECF No. 11) shall be, and is hereby, **GRANTED in part and DENIED as moot in part** as follows: The Petition is **GRANTED** as to Count I regarding procedural due process; and otherwise **DENIED as moot**. Specifically, the court finds that Petitioner is subject to discretionary detention under 8 U.S.C. § 1226(a), not mandatory detention under 8 U.S.C. § 1225(b); and Petitioner is entitled to a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19, and 1236.1(d). Therefore, Respondents shall be, and are hereby, **ENJOINED** from detaining Petitioner pursuant to 8 U.S.C. § 1225(b); and further it is

**ORDERED** that, within 10 days of entry of this order, the Government shall arrange for Petitioner to receive a bond hearing before an Immigration Judge with jurisdiction or control over

---

[1] Vernon Liggins was recently named Acting Field Office Director for Immigration and Customs Enforcement's Baltimore Field Office. Pursuant to Federal Rule of Civil Procedure 25(d), Madam Clerk shall substitute Vernon Liggins for Jeremy Bacon as a Respondent in this action.

Petitioner's detention to be conducted pursuant to 8 U.S.C. § 1226(a) and 8 C.F.R. §§ 236.1(d), 1003.19, and 1236.1(d); the bond hearing shall include a meaningful consideration of the applicable, relevant factors; and further it is

**ORDERED** that the parties shall provide the court with a status report within 14 days of this order; and further it is

**ORDERED** that the court shall **RETAIN** jurisdiction over this matter to enforce compliance with this order.

/S/
_____
Julie R. Rubin
United States District Judge