**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**DENIS FRANCISCO MARTINEZ**
**CALDERON,**

       *Petitioner,*

       **v.**                         **Civil No.: 8:26-cv-00085-JRR**

**KRISTI NOEM,** *et al.*,

       *Respondents.*

## ORDER

In view of the court's order at ECF No. 14 and the Joint Status Reports at ECF Nos. 16 and 19, and for the reasons set forth on the record at the Status Conference convened today, it is this 18th day of February 2026,

**ORDERED** that the Government **SHALL RELEASE** Petitioner from detention/physical custody immediately and in no event later than 5:00 PM local time, **TODAY**, February 18, 2026; and further it is

**ORDERED** that the Government shall file a line confirming compliance with this order by 4:00 PM tomorrow, February 19, 2026.

/S/

_____
Julie R. Rubin
United States District Judge